E-FILED
Tuesday, 19 October, 2004  12:32:24 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HOWARD VINCENT ASHLEY,        )
       Plaintiff,              )
                               )
v.                            )  Case No. 04-1135
                               )
MATTHEW RAINS, et al.,        )
       Defendants.             )

FILED
OCT 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

1.  I, HOWARD VINCENT ASHLEY, declare that I am the Plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

    I asked for the assistance of the American Civil Liberties Union in prosecuting the matters listed in the instant action, but did not receive a response to my request. (See copy of the request attached) (copy will have to be forwarded at later date), HVA

3.  In further support of my motion, I declare that:

    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

4.  In further support of my motion, I declare that:

    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an updated ledger that shows how my income has changed.

5.  I declare under penalty of perjury that the foregoing is true and correct.

                                     *Howard V Ashley*
                                     Howard Vincent ~~Ashley~~ B39336
                                     Plaintiff, Pro se
                                     Hill Correctional Center
                                     600 Linwood Road/P.O. Box 1327
                                     Galesburg IL 61401

Date: 08 October 2004.

i

HOWARD V. HARTJAG-ASHLEY
B39336

# CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 74.18 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

Cheryl Aplen
(Authorized Officer)

HCCC
(Institution)

Acct. Tech I
(Title)

DATE 10-4-04

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A 6 mos. LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

attached
ca

arrived here 6/2/04
from IRI

4

# Hill Correctional Center
## Inmate Trust Fund
### View Transactions

**Inmate:** B39336 Ashley, Howard  
**Housing Unit:** HIL-R2-C -25

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.00 |
| 06/10/04 | Mail Room | 04 Intake and Transfers In | 162215 | 87851 | Illinois River C.C. | 159.66 | 159.66 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163363 | Chk #81098 | 6/4/04 - DOC: Postage | -.37 | 159.29 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163363 | Chk #81098 | 6/4/04 - DOC: Postage | -.37 | 158.92 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163363 | Chk #81098 | 6/4/04 - DOC: Postage | -.37 | 158.55 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163363 | Chk #81098 | 6/4/04 - DOC: Postage | -.37 | 158.18 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163363 | Chk #81098 | 6/4/04 - DOC: Postage | -.37 | 157.81 |
| 06/15/04 | Disbursements | 88 B39336 initial partial filing fee | 167363 | Chk #81205 | 06-15-04 - Clerk Of The U.S. D | -23.66 | 134.15 |
| 06/21/04 | Disbursements | 88 B39336 Filing Fee | 173363 | Chk #81306 | 6/21 - Clerk Of The U.S. Dist. | -5.00 | 129.15 |
| 06/24/04 | Point of Sale | 60 Commissary | 176705 | 308532 | Commissary | -46.82 | 82.33 |
| 06/24/04 | Disbursements | 81 Legal Postage | 176363 | Chk #81341 | 6/18/04 - DOC: Postage | -.83 | 81.50 |
| 06/24/04 | Disbursements | 81 Legal Postage | 176363 | Chk #81341 | 6/18/04 - DOC: Postage | -1.29 | 80.21 |
| 06/30/04 | Disbursements | 81 Legal Postage | 182326 | Chk #81425 | 6/25/04 - DOC: Postage | -1.75 | 78.46 |
| 06/30/04 | Disbursements | 84 Library | 182326 | Chk #81435 | 06-29-04 - Hill CC IBF: Copies | -2.00 | 76.46 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189215 | 4423234534 | Ashley, Mary | 50.00 | 126.46 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189215 | 4423234535 | Ashley, Mary | 50.00 | 176.46 |
| 07/15/04 | Payroll | 20 Payroll Adjustment | 197125 | | P/R month of 06/2004 | 6.26 | 182.72 |
| 07/15/04 | Disbursements | 81 Legal Postage | 197363 | Chk #81618 | 7/8/04 - DOC: Postage | -1.06 | 181.66 |
| 07/15/04 | Disbursements | 81 Legal Postage | 197363 | Chk #81618 | 7/14/04 - DOC: Postage | -.46 | 181.20 |
| 07/15/04 | Disbursements | 81 Legal Postage | 197363 | Chk #81618 | 7/12/04 - DOC: Postage | -.37 | 180.83 |
| 07/21/04 | Point of Sale | 60 Commissary | 203724 | 310795 | Commissary | -76.19 | 104.64 |
| 08/03/04 | Point of Sale | 60 Commissary | 216721 | 312020 | Commissary | -78.95 | 25.69 |
| 08/04/04 | Mail Room | 01 MO/Checks (Not Held) | 217215 | 4506994291 | Ashley, Mary | 50.00 | 75.69 |
| 08/11/04 | Payroll | 20 Payroll Adjustment | 224125 | | P/R - COF Invoice Deleted | 1.56 | 77.25 |
| 08/12/04 | Payroll | 20 Payroll Adjustment | 225163 | | P/R month of 07/2004 | 8.00 | 85.25 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/19/04 - DOC: Postage | -2.90 | 82.35 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/19/04 - DOC: Postage | -2.90 | 79.45 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 08/09/04 - DOC: Postage | -.60 | 78.85 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/19/04 - DOC: Postage | -.83 | 78.02 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/26/04 - DOC: Postage | -1.52 | 76.50 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/26/04 - DOC: Postage | -.23 | 76.27 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 08/09/04 - DOC: Postage | -.37 | 75.90 |
| 08/12/04 | Disbursements | 90 Medical Co-Pay | 225363 | Chk #82079 | 7/28/04 - DOC: Medical Paymen | -1.00 | 74.90 |
| 08/12/04 | Disbursements | 84 Library | 225363 | Chk #82084 | 07/23/04 - Hill CC IBF: Copies | -2.25 | 72.65 |
| 08/12/04 | Disbursements | 84 Library | 225363 | Chk #82084 | 08-11-04 - Hill CC IBF: Copies | -1.00 | 71.65 |
| 08/19/04 | Point of Sale | 60 Commissary | 232724 | 313262 | Commissary | -69.89 | 1.76 |
| 08/25/04 | Mail Room | 01 MO/Checks (Not Held) | 238215 | 4507015283 | Ashley, Mary | 50.00 | 51.76 |
| 08/25/04 | Mail Room | 01 MO/Checks (Not Held) | 238215 | 4507015284 | Ashley, Mary | 50.00 | 101.76 |
| 09/09/04 | Point of Sale | 60 Commissary | 253722 | 314458 | Commissary | -71.31 | 30.45 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -1.75 | 28.70 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -1.06 | 27.64 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257325 | Chk #82476 | 08/17/04 - DOC: Postage | -1.29 | 26.35 |
| 09/13/04 | Disbursements | 80 Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -.37 | 25.98 |
| 09/13/04 | Disbursements | 80 Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -.37 | 25.61 |
| 09/13/04 | Disbursements | 84 Library | 257325 | Chk #82485 | 9/8/04 - Hill CC IBF: Copies | -2.10 | 23.51 |
| 09/13/04 | Disbursements | 84 Library | 257325 | Chk #82485 | 08/19/04 - Hill CC IBF: Copies | -.30 | 23.21 |
| 09/13/04 | Disbursements | 84 Library | 257325 | Chk #82485 | 08/19/04 - Hill CC IBF: Copies | -2.00 | 21.21 |
| 09/16/04 | Payroll | 20 Payroll Adjustment | 260172 | | P/R month of 08/2004 | 8.00 | 29.21 |
| 09/22/04 | Point of Sale | 60 Commissary | 266724 | 315750 | Commissary | -25.55 | 3.66 |

Date: 10/4/2004
Time: 2:14pm
d_list_inmate_trans_statement_composite

1:04-cv-01135-HAB-JAG    # 10    Page 4 of 5

Illinois River Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 03/01/2004 thru End;    Inmate: B39336;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B39336  Ashley, Howard**    **Housing Unit: IRI-S -01-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 91.58 |
| 03/03/04 | Point of Sale | 60 Commissary | 063750 | 270125 | Commissary | -38.94 | 52.64 |
| 03/10/04 | Point of Sale | 60 Commissary | 070750 | 271089 | Commissary | -23.95 | 28.69 |
| 03/12/04 | Payroll | 20 Payroll Adjustment | 072112 | | P/R month of 02/2004 | 9.86 | 38.55 |
| 03/17/04 | Point of Sale | 60 Commissary | 077750 | 272553 | Commissary | -26.69 | 11.86 |
| 03/23/04 | Mail Room | 01 MO/Checks (Not Held) | 083232 | 44231807741 | Ashley, M | 50.00 | 61.86 |
| 03/23/04 | Mail Room | 01 MO/Checks (Not Held) | 083232 | 44231807752 | Ashley, M | 50.00 | 111.86 |
| 03/24/04 | Point of Sale | 60 Commissary | 084702 | 273673 | Commissary | -57.77 | 54.09 |
| 03/31/04 | Disbursements | 84 Library | 091312 | Chk #86714 | 31704017273 - DOC: Library Cop | -.10 | 53.99 |
| 03/31/04 | Disbursements | 84 Library | 091312 | Chk #86714 | 32304017757 - DOC: Library Cop | -.15 | 53.84 |
| 03/31/04 | Disbursements | 81 Legal Postage | 091312 | Chk #86715 | 32204017575 - DOC: Postage | -.37 | 53.47 |
| 03/31/04 | Disbursements | 90 Medical Co-Pay | 091312 | Chk #86719 | 32304017699 - DOC: Medical Ser | -2.00 | 51.47 |
| 04/06/04 | Mail Room | 01 MO/Checks (Not Held) | 097232 | 008667 | Ashley, M | 50.00 | 101.47 |
| 04/15/04 | Payroll | 20 Payroll Adjustment | 106112 | | P/R month of 03/2004 | 10.00 | 111.47 |
| 04/15/04 | Point of Sale | 60 Commissary | 106702 | 276494 | Commissary | -16.61 | 94.86 |
| 04/19/04 | Disbursements | 84 Library | 110312 | Chk #86964 | 40504018504 - DOC: Library Cop | -.10 | 94.76 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110312 | Chk #86965 | 40604018564 - DOC: Postage | -.60 | 94.16 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110312 | Chk #86965 | 40604018579 - DOC: Postage | -.60 | 93.56 |
| 04/23/04 | Point of Sale | 60 Commissary | 114702 | 277956 | Commissary | -19.11 | 74.45 |
| 04/29/04 | Mail Room | 01 MO/Checks (Not Held) | 120232 | 384832 | Ashley, M | 50.00 | 124.45 |
| 04/29/04 | Mail Room | 01 MO/Checks (Not Held) | 120232 | 384833 | Ashley, M | 50.00 | 174.45 |
| 04/30/04 | Disbursements | 84 Library | 121312 | Chk #87271 | 42704-19864 - DOC: Library Cop | -12.30 | 162.15 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121312 | Chk #87272 | 42304-19744 - DOC: Postage | -1.75 | 160.40 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121312 | Chk #87272 | 42304-19743 - DOC: Postage | -3.95 | 156.45 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121312 | Chk #87272 | 42804-19959 - DOC: Postage | -.37 | 156.08 |
| 05/06/04 | Point of Sale | 60 Commissary | 127780 | 279770 | Commissary | -16.71 | 139.37 |
| 05/12/04 | Disbursements | 88 B39336 Filing Fee Case #04- | 133316 | Chk #87400 | 51204-020972 - Clerk,U.S.Distr | -35.00 | 104.37 |
| 05/13/04 | Payroll | 20 Payroll Adjustment | 134112 | | P/R month of 04/2004 | 2.04 | 106.41 |
| 05/17/04 | Disbursements | 84 Library | 138312 | Chk #87477 | 51104-20873 - DOC: Library Cop | -.55 | 105.86 |
| 05/17/04 | Disbursements | 84 Library | 138312 | Chk #87477 | 51104-20889 - DOC: Library Cop | -4.20 | 101.66 |
| 05/17/04 | Disbursements | 84 Library | 138312 | Chk #87477 | 5404020364 - DOC: Library Copi | -17.60 | 84.06 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 43004-20170 - DOC: Postage | -4.86 | 79.20 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 43004-20176 - DOC: Postage | -1.29 | 77.91 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 51404-21287 - DOC: Postage | -3.95 | 73.96 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 5304020222 - DOC: Postage | -.37 | 73.59 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 51104-20950 - DOC: Postage | -.37 | 73.22 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 51104-20962 - DOC: Postage | -.60 | 72.62 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 43004-20169 - DOC: Postage | -2.21 | 70.41 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138312 | Chk #87478 | 51104-20961 - DOC: Postage | -.37 | 70.04 |
| 05/25/04 | Mail Room | 01 MO/Checks (Not Held) | 146232 | 386296 | Ashley, M | 50.00 | 120.04 |
| 05/25/04 | Mail Room | 01 MO/Checks (Not Held) | 146232 | 386295 | Ashley, M | 50.00 | 170.04 |
| 05/28/04 | Disbursements | 84 Library | 149312 | Chk #87777 | 51804-21320 - DOC: Library Cop | -4.65 | 165.39 |
| 05/28/04 | Disbursements | 81 Legal Postage | 149312 | Chk #87778 | 51804-21402 - DOC: Postage | -.83 | 164.56 |
| 05/28/04 | Disbursements | 81 Legal Postage | 149312 | Chk #87778 | 51804-21405 - DOC: Postage | -.37 | 164.19 |
| 06/04/04 | Disbursements | 99 Transfer Inmate | 156312 | Chk #87851 | Hill CC | -159.66 | 4.53 |
| 06/14/04 | Disbursements | 84 Library | 166312 | Chk #87919 | 60204-22396 - DOC: Library Cop | -2.55 | 1.98 |

Date: 10/4/2004
Time: 1:56pm
c_list_inmate_trans_statement_composite

1:04-cv-01135-HAB-JAG    # 10    Page 5 of 5

Hill Correctional Center
Inmate Trust Fund
View Transactions

Page 2

**Inmate:** B39336  Ashley, Howard  **Housing Unit:** HIL-R2-C -25

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/24/04 | Disbursements | 81 Legal Postage | 268363 | Chk #82662 | 09/21/04, DOC: 523 Fund Reimbu, Inv. Date: 09/21/2004 | -.60 | 3.06 |
| 09/24/04 | Disbursements | 84 Library | 268363 | Chk #82662 | 09/20/04, DOC: 523 Fund Reimbu, Inv. Date: 09/20/2004 | -2.45 | .61 |
| 09/24/04 | Disbursements | 81 Legal Postage | 268363 | Chk #82662 | 09/21/04, DOC: 523 Fund Reimbu, Inv. Date: 09/21/2004 | -.60 | .01 |
| 09/30/04 | Mail Room | 01 MO/Checks (Not Held) | 274215 | 1242228 | Ashley, Mary | 25.00 | 25.01 |
| 09/30/04 | Mail Room | 01 MO/Checks (Not Held) | 274215 | 1242227 | Ashley, Mary | 50.00 | 75.01 |

|  |  |
|---|---|
| Total Inmate Funds: | 75.01 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .83 |
| Funds Available: | 74.18 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |