E-FILED
Monday, 13 December, 2004  02:55:20 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HOWARD VINCENT ASHLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1135 |
| MATTHEW RAINS, et al., | ) |
| Defendants. | ) |

FILED
DEC 13 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PLAINTIFF'S MOTION TO CHANGE AND CORRECT VENUE

HOWARD VINCENT ASHLEY, Plaintiff, pro se, in the above entitled cause, moves this Court, pursuant to 28 U.S.C.S.§ 1404(a-b), to Change and Correct Venue in this matter.

In support thereof Plaintiff attach his affidavit.

Respectfully submitted,

*Howard V Ashley*

Plaintiff, Pro se
Howard Vincent Ashley
B39336
Hill Correctional Center
600 Linwood Road
P.O. Box 1327
Galesburg IL 61401

Ashley v. Rains, et al., No. 04-1135 USDC CD-Il

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF KNOX     )

## AFFIDAVIT

I, HOWARD VINCENT ASHLEY, declare under penalty of perjury, that the following statements are true in substance and in fact:

1. I am the Plaintiff, pro se, in the above entitled cause.

2. To my knowledge, the Defendants have yet to be served with Summons and this Motion is being submitted to the Court ex parte.

3. I initiated this action by mailing my 42 U.S.C. § 1983 Complaint to the United States District Court of Illinois, Peoria Division - 100 N.E. Monroe, Peoria IL 61602, as the unconstitutional conduct alleged in the complaint occurred at Illinois River Correctional Center in Canton, Illinois, Fulton County and Springfield, Sangamon County Illinois, fixing venue at Peoria;

4. I began to receive communications with regard to the case from the Urbana Division, U.S. District Court shortly thereafter.

5. Venue as it is set presently, would assurly be inconvenient for the parties in the instant action as we are all presently residing and in the case of Defendants, employed primarily in the Western portion of the Central District, a nearly three hours drive from Urbana.

6. It is for the reasons stated above, as well as 28 U.S.C.S. section 1404(a-b), that the accompanying Motion has been submitted.

7. The complaint was submitted 7 months ago, and I was waiting for Defendants to be served with summons before motioning the Court regarding the Venue, but as stated, Defendants have yet to be served, as of the date affixed at the end of this Affidavit.

FURTHER AFFIANT SAYETH NOT.

Pursuant to USC 1746, I declare, under penalty of perjury, that I composed and read the foregoing affidavit and the accompanying motion, and that the information contained therein is true and correct to the best of my knowledge, and I will place this document and its attachment into the mail on 09 December 2004.

_Howard V Ashley_
Affiant

SUBSCRIBED AND SWORN TO BEFORE
THIS 09 DAY OF DECEMBER 2004.

_Lenard E. Palmer_
NOTARY PUBLIC

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
09/29/2007