# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Howard Vincent Ashley**

vs.                                                                 Case Number: **04-1135**

**Shift Commander Rains; Victor D. Trancoso;
Julie Bohler; William Ritter; Mrs. Stambaugh;
Larry Roach; Allen Roach; Allen Henderson;
and Stephanie Straughn**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed pursuant to 28 U.S.C. § 1915A, Fed. R. Civ. P. 12(b)(6), and 42 U.S.C. §1997e(a).

ENTER this 21st day of December, 2004

JOHN M. WATERS, CLERK

____M. Leininger_____
BY: DEPUTY CLERK