FILED  E-FILED
Monday, 03 January, 2005 03:11:22 PM
Clerk, U.S. District Court, ILCD

App.No. _____

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JAN 03 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD VINCENT ASHLEY, ) | Appeal taken from the United |
| Plaintiff/Appellant, ) | States District Court, |
| ) | Central District of Illinois |
| v. ) | Case No. 04-1135 |
| MATTHEW RAINS, JULIE BOHLER, ) | |
| VICTOR TRANCOSO, et al., ) | HAROLD A. BAKER |
| ) | Judge Presiding |
| Defendants/Appellees. ) | |

## NOTICE OF APPEAL

An Appeal is taken from the Judgment described below:

1. Plaintiff/Appellant: HOWARD VINCENT ASHLEY -pro se

2. Defendants/Appellees: MATTHEW RAINS, JULIE BOHLER, VICTOR TRANCOSO, WILLIAM RITTER, MRS. STAMBAUGH, ALLEN HENDERSON, LARRY ROACH and STEPHANIE STRAUGHN

3. Date of Judgment: 20 December 2004

4. Plaintiff hereby serves Notice of Appeal of the Court's decision from the Merit Review held in May 2004, dismissing the Civil Rights Complaint brought under 42 U.S.C. 1983, The Court dismissed the complaint pursuant to Fed.R.Civ.P., rule 12(b)(6), 28 U.S.C. Section 1915A and 42 U.S.C. Section 1997(e), whereas the complaint states a claim from which relief could be granted, the issue the Court assumed, without inquiry, to be not exhausted was exhausted Administratively, Plaintiff has a right to seek administrative remedies, there was not a claim of inadequate medical attention asserted, threats can be inferred from a prison official specifically assigned to get staff's response to the grievance, asking Ashley did he not like it in a level two prison, an assistant Attorney General not interested in Civil Rights violation  Retaliatory cell assignments and disciplinary actions in response to administrative and judicial complaints, each time within 40 days of the complaints being filed.

(SEE ALSO BRIEF LISTED GROUNDS FOR APPEAL w/AFFIDAVIT APPENDED)

DATE: 30 December 2004.

*Howard V Ashley*

Plaintiff/Appellant, pro se

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HOWARD VINCENT ASHLEY, | ) Appeal from the United States |
| Plaintiff/Appellant, | ) District Court, Central Dist. of |
| | ) Illinois, Urbana Division. |
| vs. | ) |
| | ) Case No. 04-1135 |
| MATTHEW RAINS, et a;., | ) |
| | ) HAROLD A. BAKER |
| Defendants/Appellees. | ) Presiding Judge |

## PROOF OF SERVICE

TO: Clerk of the
United States Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
Chicago IL 60604

TO: Lisa Madigan - AG
Office of the Attorney
General for the State of
Illinois
100 West Randolph Street
Chicago IL 60601

PLEASE TAKE NOTICE that the original and ~~two~~ one copies of the following list of documents have been submitted to the United States District Court in the Central District of Illinois, Urbana Division, with one copy submitted/served to/on the Governmental agencies listed above:

Notice of Appeal w/IFP Motion and FRAP, rule 4 Affidavit
Docketing Statement
Brief listing Grounds for Appeal w/Affidavit

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that he has submitted/served a copy of the above listed documents to/upon the agencies listed above by placing said documents into the institutional mailing system as Hill Correctional Center in Knox County, Illinois, for forwarding through the U.S. Mail service, addressed as listed above.

Executed on: December 2004.    /s/ Howard V Ashley
Howard Vincenr Ashley B39336
Hill Correctional Center
600 Linwood Road/P.O. Box 1327
Galesburg IL 61401

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 30 DAY OF Dec. 2004.

Lenard E. Palmer
NOTARY PUBLIC

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007