E-FILED
Monday, 03 January 2005 03:21:29 PM
Clerk, U.S. District Court, ILCD

App.No._____

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JAN 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD VINCENT ASHLEY, ) | Appeal from the United States |
|   Plaintiff/Appellant, ) | District Court, Central |
| ) | District of Illinois |
| v. ) | Case No 04-1135 |
| MATTHEW RAINS, et al., ) | HAROLD A. BAKER |
|   Defendants/Appellees. ) | Judge Presiding |

**MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

NOW COMES Plaintiff, HOWARD VINCENT ASHLEY, pro se, and moves this Court with Plaintiff's MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS in the above case.

In support thereof Plaintiff attach the required Affidavit, pursuant to Federal Rules of Appellate Procedure, rule 24(a). (NOTE: Certification funds ledger will be forwarded as soon as possible, as the one received from prison officials had to be returned due to lack of certification by the Trust Fund Office).

*Certification received.*
*Howard V Ashley*
*12/30/04*

Respectfully submitted,

*Howard V Ashley*
Plaintiff/Appellant, pro se

SCANNED
DATE:_____ BY:_____

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit**

HOWARD VINCENT ASHLEY, ) Appeal from the United States District Court for the
Plaintiff/Appellant, ) CENTRAL District of ILLINOIS
)
v.   Case No. _____ ) District Court No. 04-1135
)
) District Court Judge HAROLD A. BAKER
MATTHEW RAMS, et al., )

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Howard V Ashley

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 30 NOVEMBER 2004

My issues on appeal are: Retaliation by named prison officials in response to exercises of First Amendment rights of freedom of speech and access to courts, by Acts and omissions, including Asst. Attorney General's omissions.

1. **For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.**

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ 0 |
| Self-employment | $ 0 | $ | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ | $ 0 | $ 0 |
| Gifts | $ 0 | $ | $ 0 | $ 0 |
| Alimony | $ 0 | $ | $ 0 | $ 0 |
| Child support | $ 0 | $ | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ 0 |
| Other (specify): SEE TRANSACTION SHEET ATTACHED | $ 900 | $ 0 | $ 900 | $ 0 |
| **Total monthly income:** | $ 900 | $ 0 | $ 900 | $ 0 |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ __0__ (SEE TRANSACTION SHEET ATTACHED)
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): N/A

Motor Vehicle #1 (Value)
Make & year: N/A
Model:
Registration #: N/A

Motor Vehicle #2 (Value)
Make & year: N/A
Model:
Registration #:

Other assets (Value): N/A

Other assets (Value):

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [y]No  Is property insurance included? [ ] Yes [x]No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 500 (2004) | $ - 0 |
| Clothing | $ 100 (2004) | $ 0 |
| Laundry and dry-cleaning | $ 5.50 per/month | $ 0 |
| Medical and dental expenses | $ 14-20 (2004) | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

3

11. **Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

N/A

12. **Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

13. **State the address of your legal residence.**

HILL CORRECTIONAL CENTER - 600 LINWOOD ROAD
P.O. BOX 1327
GALESBURG IL 61401

Your daytime phone number: (   )   N/A

Your age: 44   Your years of schooling: G.E.D. Graduate -1981, plus 1 semester College, Voc. hours (?)

Your social-security number: 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

## CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff, or petitioner in this action has the sum of $ __79.66__ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_None_

_Cheryl Golin_
(Authorized Officer)

_Hill C.C._
(Institution)

_Account Tech I_
(Title)

DATE __12-29-04__

IMPORTANT                                SIX
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A ~~TWELVE~~ MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

RE: Ashley v. Rains, et al., Case No. 04-1135, USDC CD-Il-
To be used in conjunction with Fed. R. App. P., rule 4 Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis
AND for: Ashley v. Bohler, 04-2104, USDC CD-Il.

4

**Inmate:** B39336  Ashley, Howard  **Housing Unit:** HIL-R2-B -50

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | **Beginning Balance:** | | **80.21** |
| 06/30/04 | Disbursements | 81 Legal Postage | 182326 | Chk #81425 | 6/25/04 - DOC: Postage | -1.75 | 78.46 |
| 06/30/04 | Disbursements | 84 Library | 182326 | Chk #81435 | 06-29-04 - Hill CC IBF: Copies | -2.00 | 76.46 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189215 | 4423234534 | Ashley, Mary | 50.00 | 126.46 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189215 | 4423234535 | Ashley, Mary | 50.00 | 176.46 |
| 07/15/04 | Payroll | 20 Payroll Adjustment | 197125 | | P/R month of 06/2004 | 6.26 | 182.72 |
| 07/15/04 | Disbursements | 81 Legal Postage | 197363 | Chk #81618 | 7/8/04 - DOC: Postage | -1.06 | 181.66 |
| 07/15/04 | Disbursements | 81 Legal Postage | 197363 | Chk #81618 | 7/14/04 - DOC: Postage | -.46 | 181.20 |
| 07/15/04 | Disbursements | 81 Legal Postage | 197363 | Chk #81618 | 7/12/04 - DOC: Postage | -.37 | 180.83 |
| 07/21/04 | Point of Sale | 60 Commissary | 203724 | 310795 | Commissary | -76.19 | 104.64 |
| 08/03/04 | Point of Sale | 60 Commissary | 216721 | 312020 | Commissary | -78.95 | 25.69 |
| 08/04/04 | Mail Room | 01 MO/Checks (Not Held) | 217215 | 4506994291 | Ashley, Mary | 50.00 | 75.69 |
| 08/11/04 | Payroll | 20 Payroll Adjustment | 224125 | | P/R - COF Invoice Deleted | 1.56 | 77.25 |
| 08/12/04 | Payroll | 20 Payroll Adjustment | 225163 | | P/R month of 07/2004 | 8.00 | 85.25 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/19/04 - DOC: Postage | -2.90 | 82.35 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/19/04 - DOC: Postage | -2.90 | 79.45 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 08/09/04 - DOC: Postage | -.60 | 78.85 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/19/04 - DOC: Postage | -.83 | 78.02 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/26/04 - DOC: Postage | -1.52 | 76.50 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 7/26/04 - DOC: Postage | -.23 | 76.27 |
| 08/12/04 | Disbursements | 81 Legal Postage | 225363 | Chk #82063 | 08/09/04 - DOC: Postage | -.37 | 75.90 |
| 08/12/04 | Disbursements | 90 Medical Co-Pay | 225363 | Chk #82079 | 7/28/04 - DOC: Medical Paymen | -1.00 | 74.90 |
| 08/12/04 | Disbursements | 84 Library | 225363 | Chk #82084 | 07/23/04 - Hill CC IBF: Copies | -2.25 | 72.65 |
| 08/12/04 | Disbursements | 84 Library | 225363 | Chk #82084 | 08-11-04 - Hill CC IBF: Copies | -1.00 | 71.65 |
| 08/19/04 | Point of Sale | 60 Commissary | 232724 | 313262 | Commissary | -69.89 | 1.76 |
| 08/25/04 | Mail Room | 01 MO/Checks (Not Held) | 238215 | 4507015283 | Ashley, Mary | 50.00 | 51.76 |
| 08/25/04 | Mail Room | 01 MO/Checks (Not Held) | 238215 | 4507015284 | Ashley, Mary | 50.00 | 101.76 |
| 09/09/04 | Point of Sale | 60 Commissary | 253722 | 314458 | Commissary | -71.31 | 30.45 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -1.75 | 28.70 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -1.06 | 27.64 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257325 | Chk #82476 | 08/17/04 - DOC: Postage | -1.29 | 26.35 |
| 09/13/04 | Disbursements | 80 Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -.37 | 25.98 |
| 09/13/04 | Disbursements | 80 Postage | 257325 | Chk #82476 | 9/7/04 - DOC: Postage | -.37 | 25.61 |
| 09/13/04 | Disbursements | 84 Library | 257325 | Chk #82485 | 9/8/04 - Hill CC IBF: Copies | -2.10 | 23.51 |
| 09/13/04 | Disbursements | 84 Library | 257325 | Chk #82485 | 08/19/04 - Hill CC IBF: Copies | -.30 | 23.21 |
| 09/13/04 | Disbursements | 84 Library | 257325 | Chk #82485 | 08/19/04 - Hill CC IBF: Copies | -2.00 | 21.21 |
| 09/16/04 | Payroll | 20 Payroll Adjustment | 260172 | | P/R month of 08/2004 | 8.00 | 29.21 |
| 09/22/04 | Point of Sale | 60 Commissary | 266724 | 315750 | Commissary | -25.55 | 3.66 |
| 09/24/04 | Disbursements | 81 Legal Postage | 268363 | Chk #82662 | 09/21/04, DOC: 523 Fund Reimbu, Inv. Date: 09/21/2004 | -.60 | 3.06 |
| 09/24/04 | Disbursements | 84 Library | 268363 | Chk #82662 | 09/20/04, DOC: 523 Fund Reimbu, Inv. Date: 09/20/2004 | -2.45 | .61 |
| 09/24/04 | Disbursements | 81 Legal Postage | 268363 | Chk #82662 | 09/21/04, DOC: 523 Fund Reimbu, Inv. Date: 09/21/2004 | -.60 | .01 |
| 09/30/04 | Mail Room | 01 MO/Checks (Not Held) | 274215 | 1242228 | Ashley, Mary | 25.00 | 25.01 |
| 09/30/04 | Mail Room | 01 MO/Checks (Not Held) | 274215 | 1242227 | Ashley, Mary | 50.00 | 75.01 |
| 10/05/04 | Point of Sale | 60 Commissary | 279705 | 316863 | Commissary | -23.12 | 51.89 |
| 10/07/04 | Payroll | 20 Payroll Adjustment | 281126 | | P/R month of 09/2004 | 10.00 | 61.89 |
| 10/07/04 | Payroll | 20 Payroll Adjustment | 281130 | | P/R month of 09/2004 | -10.00 | 51.89 |

Date: 12/29/2004  
Time: 3:10pm  
d_list_inmate_trans_statement_composite

1:04-cv-01135-HAB-JAG   # 17   Page 8 of 9

Hill Correctional Center  
Inmate Trust Fund  
View Transactions

Page 2

**Inmate:** B39336 Ashley, Howard  **Housing Unit:** HIL-R2-B -50

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/13/04 | Mail Room | 01 MO/Checks (Not Held) | 287225 | 6965 | IBF4452 | 12.65 | 64.54 |
| 10/14/04 | Payroll | 20 Payroll Adjustment | 288125 | | P/R month of 09/2004 | 8.00 | 72.54 |
| 10/14/04 | Mail Room | 01 MO/Checks (Not Held) | 288257 | 016584 | Ashley, Milton | 50.00 | 122.54 |
| 10/14/04 | Disbursements | 81 Legal Postage | 288363 | Chk #82934 | 09/22/04, DOC: 523 Fund Reimbu, Inv. Date: 09/22/2004 | -.83 | 121.71 |
| 10/14/04 | Disbursements | 90 Medical Co-Pay | 288363 | Chk #82934 | 10/14/04, DOC: 523 Fund Reimbu, Inv. Date: 10/14/2004 | -2.00 | 119.71 |
| 10/20/04 | Point of Sale | 60 Commissary | 294724 | 317959 | Commissary | -33.54 | 86.17 |
| 10/26/04 | Disbursements | 84 Library | 300363 | Chk #83076 | 10-20-04, Hill CC IBF: Copies, Inv. Date: 10/20/2004 | -1.50 | 84.67 |
| 10/26/04 | Disbursements | 81 Legal Postage | 300363 | Chk #83079 | 10/18/04, DOC: 523 Fund Reimbu, Inv. Date: 10/18/2004 | -.60 | 84.07 |
| 10/26/04 | Disbursements | 81 Legal Postage | 300363 | Chk #83079 | 10/18/04, DOC: 523 Fund Reimbu, Inv. Date: 10/18/2004 | -.60 | 83.47 |
| 11/01/04 | Mail Room | 01 MO/Checks (Not Held) | 306215 | 4574225575 | Ashley, Alenia | 25.00 | 108.47 |
| 11/01/04 | Mail Room | 01 MO/Checks (Not Held) | 306215 | 4574225574 | Ashley, Alehia | 50.00 | 158.47 |
| 11/03/04 | Point of Sale | 60 Commissary | 308722 | 319218 | Commissary | -67.68 | 90.79 |
| 11/03/04 | Point of Sale | 60 Commissary | 308722 | 319223 | Commissary | -1.08 | 89.71 |
| 11/10/04 | Mail Room | 01 MO/Checks (Not Held) | 315215 | 017732 | Ashley, Milton | 50.00 | 139.71 |
| 11/12/04 | Payroll | 20 Payroll Adjustment | 317125 | | P/R month of 10/2004 | 8.00 | 147.71 |
| 11/12/04 | Disbursements | 81 Legal Postage | 317363 | Chk #83269 | 11-01-04, DOC: 523 Fund Reimbu, Inv. Date: 11/01/2004 | -.37 | 147.34 |
| 11/12/04 | Disbursements | 81 Legal Postage | 317363 | Chk #83269 | 11-08-04, DOC: 523 Fund Reimbu, Inv. Date: 11/08/2004 | -.60 | 146.74 |
| 11/12/04 | Disbursements | 81 Legal Postage | 317363 | Chk #83269 | 11-08-04, DOC: 523 Fund Reimbu, Inv. Date: 11/08/2004 | -3.95 | 142.79 |
| 11/12/04 | Disbursements | 81 Legal Postage | 317363 | Chk #83269 | 11-01-04, DOC: 523 Fund Reimbu, Inv. Date: 11/01/2004 | -.60 | 142.19 |
| 11/12/04 | Disbursements | 84 Library | 317363 | Chk #83286 | 11-09-04, Hill CC IBF: Copies, Inv. Date: 11/09/2004 | -1.20 | 140.99 |
| 11/17/04 | Point of Sale | 60 Commissary | 322724 | 320408 | Commissary | -87.70 | 53.29 |
| 11/24/04 | Disbursements | 84 Library | 329363 | Chk #83466 | 11-17-04, Hill CC IBF: Copies, Inv. Date: 11/17/2004 | -2.40 | 50.89 |
| 11/24/04 | Disbursements | 84 Library | 329363 | Chk #83466 | 11-12-04, Hill CC IBF: Copies, Inv. Date: 11/12/2004 | -2.00 | 48.89 |
| 11/24/04 | Disbursements | 81 Legal Postage | 329363 | Chk #83467 | 11/15/04, DOC: 523 Fund Reimbu, Inv. Date: 11/15/2004 | -1.52 | 47.37 |
| 11/24/04 | Disbursements | 81 Legal Postage | 329363 | Chk #83467 | 11/15/04, DOC: 523 Fund Reimbu, Inv. Date: 11/15/2004 | -.83 | 46.54 |
| 11/24/04 | Disbursements | 81 Legal Postage | 329363 | Chk #83467 | 11/15/04, DOC: 523 Fund Reimbu, Inv. Date: 11/15/2004 | -1.06 | 45.48 |
| 12/01/04 | Mail Room | 01 MO/Checks (Not Held) | 336274 | 45742590894 | Ashley, Mary | 25.00 | 70.48 |
| 12/01/04 | Mail Room | 01 MO/Checks (Not Held) | 336274 | 45742590883 | Ashley, Mary | 50.00 | 120.48 |
| 12/03/04 | Point of Sale | 60 Commissary | 338722 | 321865 | Commissary | -78.72 | 41.76 |
| 12/08/04 | Mail Room | 01 MO/Checks (Not Held) | 343215 | 019035 | Ashley, Milton | 50.00 | 91.76 |
| 12/09/04 | Payroll | 20 Payroll Adjustment | 344125 | | P/R month of 11/2004 | 8.00 | 99.76 |
| 12/14/04 | Disbursements | 80 Postage | 349330 | Chk #83680 | 12-13-04, DOC: 523 Fund Reimbu, Inv. Date: 12/13/2004 | -.37 | 99.39 |
| 12/14/04 | Disbursements | 81 Legal Postage | 349330 | Chk #83680 | 12/10/04, DOC: 523 Fund Reimbu, Inv. Date: 12/10/2004 | -.60 | 98.79 |
| 12/14/04 | Disbursements | 81 Legal Postage | 349330 | Chk #83680 | 12/7/04, DOC: 523 Fund Reimbur, Inv. Date: 12/07/2004 | -.83 | 97.96 |
| 12/27/04 | Disbursements | 84 Library | 362363 | Chk #83767 | 12-13-04, Hill CC IBF: Copies, Inv. Date: 12/13/2004 | -1.00 | 96.96 |

Date: 12/29/2004
Time: 3:10pm
d_list_inmate_trans_statement_composite

1:04-cv-01135-HAB-JAG   # 17   Page 9 of 9

Hill Correctional Center
Inmate Trust Fund
View Transactions

Page 3

**Inmate: B39336  Ashley, Howard**  **Housing Unit: HIL-R2-B -50**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/27/04 | Disbursements | 84 Library | 362363 | Chk #83767 | 12-03-04, Hill CC IBF: Copies, Inv. Date: 12/03/2004 | -.20 | 96.76 |
| 12/27/04 | Disbursements | 81 Legal Postage | 362363 | Chk #83776 | 12/17/04, DOC: 523 Fund Reimbu, Inv. Date: 12/17/2004 | -3.95 | 92.81 |
| 12/27/04 | Disbursements | 81 Legal Postage | 362363 | Chk #83776 | 12/17/04, DOC: 523 Fund Reimbu, Inv. Date: 12/17/2004 | -.60 | 92.21 |
| 12/27/04 | Disbursements | 81 Legal Postage | 362363 | Chk #83776 | 12-22-04, DOC: 523 Fund Reimbu, Inv. Date: 12/22/2004 | -1.52 | 90.69 |
| 12/27/04 | Disbursements | 81 Legal Postage | 362363 | Chk #83776 | 12/17/04, DOC: 523 Fund Reimbu, Inv. Date: 12/17/2004 | -1.75 | 88.94 |
| 12/27/04 | Disbursements | 81 Legal Postage | 362363 | Chk #83776 | 12/17/04, DOC: 523 Fund Reimbu, Inv. Date: 12/17/2004 | -.37 | 88.57 |

|   |   |
|---|---|
| Total Inmate Funds: | 88.57 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 8.91 |
| Funds Available: | 79.66 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |