*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

**E-FILED**
Monday, 03 January, 2005  03:31:53 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF IL.    Docket No.: 04-1135

Division: PEORIA

***Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)***

HOWARD V. ASHLEY    v.    MATTHEW RAINS, ET AL.

-----------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**   **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Howard V. Ashley | Name: |
| Firm: B 39336 | Firm: |
| Address: P. O. Box 1700 | Address: |
| Galesburg, IL.  61401 | |
| Phone: | Phone: |

-----------------------------------------------------------------------------------------------------------------------

Judge: HAROLD A. BAKER    Nature of Suit Code:  550

Court Reporter: NONE    Date Filed in District Court: 5/3/2004

Date of Judgment: 12/2004

Date of Notice of Appeal: 1/3/2005

Counsel:   ___Appointed   ___Retained   _X_ Pro Se

Fee Status:   ___Paid   ___Due   ___IFP   _X_ IFP Pending   ___U.S.   ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:   _X_ Yes   ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**