# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: March 16, 2005

TO:  District Court Clerk

RE:  Notice to transmit the record

FILED

MAR 16 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 05-1022

HOWARD V. ASHLEY,
    Plaintiff - Appellant
  v.

MATTHEW RAINS, Major, VICTOR D. TRANCOSO, Assistant Warden,
JULIE BOHLER, et al.,
    Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1135, Harold A. Baker, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)