

E-FILED
Thursday, 17 March, 2005  12:54:45 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 17, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE:  Ashley v. Rains, et al.
        D. C. Docket No.  05-1022
        U. S. C. A. Docket No.  04-1135

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    <u>X</u> Volumes of Pleadings

    ___ Volumes of Transcript

    ___ Volumes of Depositions

    ___ Volumes of Exhibits:

    ___ Impounded Exhibits:

    Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK


        BY:__s/M. Leininger_____
               Deputy Clerk