COPY



# UNITED STATES DISTRICT COURT

**JOHN M. WATERS**
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 17, 2005

U.S.C.A.—7th Circuit
**RECEIVED**

**05-1022** MAR 1 7 2005 DW

GINO J. AGNELLO
CLERK

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE:   Ashley v. Rains, et al.
D. C. Docket No.   05-1022
U. S. C. A. Docket No.   04-1135

**FILED**
MAR 2 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

X Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

U.S.C.A.—7th Circuit
**FILED**

MAR 1 8 2005 **DW**

GINO J. AGNELLO
CLERK
DOC. #_1839158-1

JOHN M. WATERS, CLERK

BY:__s/M. Leininger_____
        Deputy Clerk

**ON AIMS**

MAR 1 8 2005

**DW**