CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Wednesday, 27 July, 2005  10:56:42 AM
Clerk, U.S. District Court, ILCD

Date:  July 25, 2005

By the Court:

No. 05-1022

HOWARD V. ASHLEY,
    Plaintiff - Appellant

v.

MATTHEW RAINS, Major, VICTOR D. TRANCOSO, Assistant Warden, JULIE BOHLER, et al.,
    Defendants - Appellees

**FILED**

JUL 2 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1135, Harold A. Baker, Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on 05/18/05 and was given 14 days to pay the $255 filing fee.  The pro se appellant has not paid the $255 appellate fee.  Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $255 to the clerk of the district court.  The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).  <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

(1252-PLRA(g)-041299)

A True Copy:
Teste:
Desiree St-Lewes Deputy

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:   July 25, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Gino J. Agnello, Clerk

RE:     05-1022
        Ashley, Howard V. v. Rains, Matthew
        04 C 1135, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1203-052495)                         Deputy Clerk, U.S. District Court