# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**E-FILED**
Tuesday, 28 March, 2006 08:32:28 AM
Clerk, U.S. District Court, ILCD

NOTICE OF RECORD RETURN

**FILED**

MAR 27 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DATE:** March 23, 2006

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL 61602

**FROM:** Gino J. Agnello, Clerk

**RE:** 05-1022
Ashley, Howard V. v. Rains, Matthew
04 C 1135, Harold A. Baker, Judge

The mandate or agency closing letter in this cause issued on 7/25/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     _____
                                   Deputy Clerk, U.S. District Court
(1073-042591)                       or Agency Representative